AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Angela Cruz,<br>*Plaintiff*<br>v.<br>Charter Communications Short Term Disability Plan,<br>*Defendant* | Civil Action No.   3:17-02847-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: judgment is entered for the Defendant.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having affirmed the denial of Plaintiff's STD Benefits claim and declined to award Plaintiff attorney's fees.

Date:   November 3, 2020                                                          *CLERK OF COURT*

                                                                                                    s/Angie Snipes
                                                                                      _____
                                                                                      *Signature of Clerk or Deputy Clerk*